UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DATA MECHANIX INC., | ) Hon. George Wu |
| | ) |
| Plaintiffs, | ) Case No: SACV 06-607 GW (MLGx) |
| | ) |
| vs. | ) |
| | ) |
| INTERDATA RECOVERY SYSTEMS INC., DAVID SCHAPEL, STEPHEN SCHAPEL, et al. | ) POST JUDGMENT ORDER ON ATTORNEYS FEES AND COSTS |
| | ) |
| | ) Hearing Date: August 11, 2008 |
| | ) Time: 8:30 a.m. |
| Defendants. | ) Dept: 10 |

Following trial and entry of judgment, the Court heard and considered plaintiff's Applications for Attorneys Fees and Costs. The Court awards plaintiff Data Mechanix Inc. attorneys fees in the amount of $154,113 and costs in the amount of $17,310.31

DATE: August 14, 2008

_____
Hon. George Wu
US District Court Judge

-1-